CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

GEORGE O. HAGEMAN (CABN 332457)
Assistant United States Attorney

60 South Market Street, Suite 1200
San Jose, California 95113
Telephone: (408) 535-5044
George.Hageman@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 3:19-CR-00651-CRB-1 |
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE FROM FEBRUARY 11, 2026, TO MARCH 25, 2026, AND [PROPOSED] ORDER |
| v. | |
| JOHN DILLON SEMBRANO, | |
| Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant John Dillon Sembrano that the status conference on the alleged violations of his supervised release conditions currently scheduled for February 11, 2026, at 10:00 AM be continued to March 25, 2026, at 1:30PM. Counsel for the government will be overseas on February 11, and counsel for the defendant is currently in trial. The defendant is out of custody.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 8, 2026                                    _____/s/_____
                                                         GEORGE O. HAGEMAN
                                                         Assistant United States Attorney

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
Case No. 3:19-CR-00651-CRB-1

DATED: February 8, 2026

/s/
TONY BRASS
Counsel for Defendant John Dillon Sembrano

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the status conference on the alleged violations of the defendant's supervised release conditions from February 11, 2026, at 10:00AM, to March 25, 2026, at 1:30PM.

IT IS SO ORDERED.

DATED: __February 9, 2026__

HON. CHARLES R. BREYER
United States Senior District Judge

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
Case No. 3:19-CR-00651-CRB-1